## Second Department, August, 1928.

William Stehl, Respondent, v. Birch Hazel Construction Co., Inc., John H. Reimers and Johanna Reimers, Appellants.— Application denied, with ten dollars costs.

## Second Department, September, 1928.

In the Matter of the Application of A. Burnside Cheshire, Appellant, v. Thomas S. Cheshire, County Clerk of the County of Nassau and Custodian of Primary and Election Records for the County of Nassau, Respondent.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion for an order directing and requiring Thomas S. Cheshire, as county clerk of the county of Nassau, and as such the custodian of primary and election records for the county of Nassau, to prepare and print primary ballots, wherein and whereby the name of the petitioner shall appear thereon as a candidate for nomination of the Republican party for the office of county treasurer of the county of Nassau, to be used at the primary to be held on the 18th day of September, 1928, affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young and Seeger, JJ., concur.

## Third Department, September, 1928.

In the Matter of the Claim of James Redden, Respondent, against Sam Aufsher and Another, Doing Business as Jersey City Wrecking Company, and Another, Appellants.

State Industrial Board, Respondent.

Per Curiam. It appears and is admitted that the claimant has done some work since the accident and has an earning capacity. These facts were not taken into account and no finding was made thereon in determining the amount of compensation. The name of Aaron Aufsher as employer should be struck out. In other respects the findings are sustained by the evidence. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur. Award reversed and claim remitted, with costs against the State Industrial Board to abide the event.